## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| PASCUAL AVALOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 1:16-cv-00174-BL |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Pascual Avalos and Defendant State Farm Lloyds' Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant State Farm Lloyds are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

Dated June 14, 2017.

_____
SENIOR/ UNITED STATES DISTRICT JUDGE

**AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1**
2653725v1
10578.219

**AGREED AS TO FORM AND CONTENT:**


*/s/J. Taylor Elliott**

J. Taylor Elliott
State Bar No. 24097652
**THE VOSS LAW FIRM, P.C.**
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021
Email: taylor@vosslawfirm.com
**COUNSEL FOR PLAINTIFF**
**\*Signed with Permission**

**and**


*/s/ Rhonda J. Thompson*

Rhonda J. Thompson
State Bar No.  24029862
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
E-Mail: rthompson@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**STATE FARM LLOYDS**